FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 04, 2025**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, *a Delaware corporation*; and BERKLEY INSURANCE COMPANY, *a Delaware corporation, as subrogee fo*r INNOVATIVE CONSTRUCTION & DESIGN, LTD., *a Washington corporation*,<br><br>   Plaintiffs,<br><br>    v.<br><br>RONALD STADLEY, *an individual*; and DEANNA STADLEY, *an individual*,<br><br>   Defendants. | NO: 2:24-CV-00382-RLP<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is the parties' Stipulated Notice of Dismissal. ECF No. 13. The parties have agreed that all claims in the above-entitled matter should be dismissed with prejudice and without any award of attorneys' fees, costs or

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

disbursements to any party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 4, 2025.

REBECCA L. PENNELL
United States District Judge