AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 04, 2025**

SEAN F. McAVOY, CLERK

BERKLEY INSURANCE COMPANY, a Delaware corporation; and BERKLEY INSURANCE COMPANY, a Delaware corporation, as subrogee for INNOVATIVE CONSTRUCTION & DESIGN, LTD., a Washington corporation,

*Plaintiff*

v.

RONALD STADLEY, an individual; and DEANNA STADLEY, an individual,

*Defendant*

)
)
)
)
)
)
)

Civil Action No. 2:24-CV-00382-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rebecca L. Pennell

Date: 4/4/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams